*Filed Under Seal*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21-_____ |
| v. | : | DATE FILED:_____ |
| KARANJOT SINGH | : | VIOLATION:<br>18 U.S.C. § 2261A(2)(B) (stalking)<br>Notice of forfeiture |

### INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

Between on or about March 24, 2020 through on or about December 2, 2020, in Upper Darby, in the Eastern District of Pennsylvania, and elsewhere defendant

**KARANJOT SINGH**

did, with the intent to harass and intimidate, use an interactive computer service and electronic communication service and any other facility of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to another person.

In violation of Title 18, United States Code, Section 2261A(2)(B).

A TRUE BILL:

███████████
RAND ███████

_____
**JENNIFER ARBITTIER WILLIAMS**
**Acting United States Attorney**