

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Anthony J. Carissimi*
*Direct Dial: (215) 861-8450*
*Facsimile: (215) 861- 8618*
*E-mail Address: Anthony.carissimi@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

April 12, 2021

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    *United States v. Karanjot Singh*
              No. 21-CR-142

Dear Clerk:

    Please unseal the Indictment in the above-captioned case. The indictment was returned on April 8, 2021.

    Very truly yours,

    JENNIFER ARBITTIER WILLIAMS
    Acting United States Attorney

    /s/ Anthony J. Carissimi
    *Anthony J. Carissimi*
    Assistant United States Attorney